UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



F I L E D
MAY 15 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

SCOTT JAMES ROCKY,

    Defendant.
_____/

Case No. 2:25-cr-20354

Hon. Terrence G. Berg

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Scott James Rocky, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

| Count 1:<br>Distribution of child pornography<br>18 U.S.C. § 2252A(a)(2) | Term of imprisonment: | Minimum: 5 years<br>Maximum: 20 years |
|---|---|---|
| | Supervised release: | Minimum: 5 years<br>Maximum: Life |
| | Fine: | Maximum: $250,000 |

| Count 2:<br>Possession of child pornography<br>18 U.S.C. § 2252A(a)(5)(B) | Term of imprisonment: | Maximum: 20 years |
|---|---|---|
| | Supervised release | Minimum: 5 years<br>Maximum: Life |
| | Fine: | Maximum: $250,000 |

*Scott James Rocky* (signature)
Scott James Rocky
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Arthur J. Weiss
Counsel for Defendant

Date: May 15, 2025